1026

[No. 26460-2-III.   Division Three.   June 26, 2008.]

SADDLE MOUNTAIN MINERALS, LLC, ET AL., *Appellants*, v.
SANTIAGO HOMES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton
County, No. 00-2-01350-4, Carrie L. Runge, J., entered
September 10, 2007. *Reversed* and *remanded* by unpub-
lished opinion per Kulik, A.C.J., concurred in by Brown, J.,
and Thompson, J. Pro Tem. Now published at 146 Wn. App.
69.

[No. 59365-0-I.   Division One.   June 30, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JOAQUIN AREVALO
GARNICA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 06-1-03225-6, Richard D. Eadie, J., entered
December 21, 2006. *Affirmed* by unpublished opinion per
Dwyer, A.C.J., concurred in by Becker and Lau, JJ.

[No. 59448-6-I.   Division One.   June 30, 2008.]

NANCY SMITH, *Individually and as Guardian, Respondent*,
v. VALLEY MEDICAL CENTER, *Defendant*, LAWRENCE J. KADEG
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 02-2-22378-8, Bruce W. Hilyer, J., entered
March 2, 2007. *Affirmed* by unpublished opinion per Grosse,
J., concurred in by Schindler, C.J., and Cox, J.

[No. 59754-0-I.   Division One.   June 30, 2008.]

SHELLY M. TURNER, *Appellant*, v. SNOHOMISH COUNTY PUBLIC
UTILITY DISTRICT NO. 1 ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 06-2-09468-7, Kenneth L. Cowsert, J.,
entered March 21, 2007. *Affirmed* by unpublished per
curiam opinion.